# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIOSTO LIRA OSORIO, AX7579,<br><br>Petitioner,<br><br>v.<br><br>S. FRAUENHEIM, Warden,<br><br>Respondent. | Case No. 17-cv-06721-SK  (PR)<br><br>**ORDER OF TRANSFER** |

Petitioner seeks federal habeas review of a conviction from Kern County Superior Court, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Petitioner is incarcerated at Pleasant Valley State Prison in Fresno County, which also lies within the venue of the Eastern District of California. See id.

Venue is proper in a habeas action in either the district of confinement or the district of conviction, see 28 U.S.C. § 2241(d); however, petitions challenging a conviction preferably are heard in the district of conviction. See Habeas L.R. 2254-3(a); Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

Because Kern County lies in the Eastern District of California, the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: November 24, 2017

*Sallie Kim*
_____
SALLIE KIM
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIOSTO LIRA OSORIO,<br>　　　　Peitioner,<br>　　v.<br>S. FRAUENHEIM,<br>　　　　Respondent. | Case No. 17-cv-06721-SK<br><br>**CERTIFICATE OF SERVICE** |

　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　That on November 24, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ariosto Lira Osorio ID: #:AX7579
Pleasant Valley State Prison
P.O. Box 8500, A-3#147
Coalinga, CA 93210

Dated: November 24, 2017

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　Melinda K. Lozenski, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable SALLIE KIM